UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | 8:25-cv-00247-ODW-MBK | Date | May 27, 2025 |
|---|---|---|---|
| Title | Smith v. Bisignano | | |

| Present: The Honorable | Michael B. Kaufman |
|---|---|

| James Muñoz | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:**   ORDER TO SHOW CAUSE RE: DISMISSAL

    This is an appeal from the denial of Social Security disability benefits. The Court's review of the docket shows that the Commissioner filed a certified copy of the administrative record on April 14, 2025. Per Rule 6 of the Supplemental Rules for Social Security Actions Under 42. U.S.C. § 405(g), Plaintiff should have "file[d] and serve[d] upon the Commissioner a brief for the requested relief within 30 days after the answer [was] filed." That date was May 14, 2025. To date, Plaintiff has not filed a brief in support of her requested relief.

    Plaintiff is **ORDERED** to show cause why the action should not be dismissed for failure to prosecute. Plaintiff's (1) response to this OSC and (2) brief in support of her requested relief is due **June 24, 2025.**

    **Failure to comply with the terms of this order may result in a recommendation that the action be dismissed for failure to prosecute pursuant to Federal Rule of Civil Proc. 41(b).**  *Applied Underwriters, Inc. v. Lichtenegger*, 913 F.3d 884 (9th Cir. 2019).