# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

SHAVON MARIE S.,

Plaintiff,

v.

FRANK BISIGNANO,
Commissioner of Social Security.

Defendant.

Case No. 8:25-cv-00247-ODW-MBK

ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Plaintiff did not object to the Report. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered in favor of Defendant.

DATE: March 18, 2026

_____
HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE