JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

SHAVON MARIE S.,

        Plaintiff,

      v.

FRANK BISIGNANO,
Commissioner of Social Security.

      Defendant.

Case No. 8:25-cv-00247-ODW-MBK

JUDGMENT

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge, IT IS ADJUDGED that the decision of the Administrative Law Judge is AFFIRMED.  Judgment is hereby entered in favor of Defendant.

DATE: March 18, 2026

                           _____

HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE